IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | \| |
| | \| |
| v. | \| CASE NO. 5:21-CR-00009 |
| | \| |
| STANLEY NEAL MCGAULEY, | \| |
| DEFENDANT. | \| |

**DEFENDANT MCGAULEY'S RESPONCE TO GOVERNMENT'S
MOTION TO MAINTAIN CUYSTODY OF SEIZED PROPERTY**

**COMES NOW**, Stanley N. McGauley, and hereby files this response to Government's Motion to Maintain Custody of Seized Property (Doc. # 98).

1. The Government's motion does not pertain to any property of this Defendant.

2. Defendant has no objection to this Honorable Court granting the Government's motion.

Respectfully submitted this 17th day of December, 2021.

/s/ Jason A. Nix
Jason A. Nix
Georgia Bar No. 732173
**Attorney for Stanley McGauley**

**Jason A. Nix Attorney at Law, LLC**
P.O. Box 722, Darien, Georgia 31305
912-437-1272 866-257-8235 facsimile
Jason@nixlaw.net

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | \| |
| | \| |
| v. | \|  CASE NO. 5:21-CR-00009 |
| | \| |
| STEPHON GREENE, | \| |
| DEFENDANT. | \| |

CERTIFICATE OF SERVICE

I, Jason A. Nix, attorney for the Defendant, do hereby certify that I have this date served the foregoing:

**DEFENDANT MCGAULEY'S RESPONCE TO GOVERNMENT'S
MOTION TO MAINTAIN CUYSTODY OF SEIZED PROPERTY**

on all of the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 17th day of December, 2021.

/s/ Jason A. Nix
Jason A. Nix
Georgia Bar No. 732173
**Attorney for Stanley McGauley**

**Jason A. Nix,
Attorney at Law, LLC**
P.O. Box 722
Darien, Georgia 31305
912-437-1272
866-257-8235 facsimile
Jason@nixlaw.net