| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA WAYCROSS DIVISION | **JUDGE:** LISA GODBEY WOOD **DATE:** 10/25/2023 |
|---|---|---|

**CRIMINAL CASE NO. CR 521-9**
**UNITED STATES OF AMERICA VS. Stanley McGauley**

COURTROOM DEPUTY SHARP  COURT REPORTER GILBERT

**ATTORNEY(S) FOR THE GOVERNMENT:** Greg Gilluly

**ATTORNEY(S) FOR THE DEFENDANT:** Jason Nix

U.S. PROBATION OFFICER: Renfroe

DEFENDANT SENTENCED ON COUNT(S): 1

- [X] Presence Report Reviewed In Full
- [ ] Objections to Factual Basis
- [ ] Objections To Guidelines Calculations
- [ ] Changes Ordered in Factual Basis/Calculations
- [X] No Changes Ordered
- [X] Findings Of The Court

Custody: 12 months + 1 day Months B.O.P.
Probation: none
Supervised Release: 3 Years
Special Conditions: as directed by the court
Fine $: no fine
Restitution $: 83,135.92 (Interest waived)
Special Assessment $: 100
To Be Paid: as directed by the court
Community Service: none

Total Offense Level: 26
Criminal History: I
Guideline Range: 63-78 months
Supervised Release: 1-3 years
Fine: 25,000-250,000
Special Assessment: $100
No Minimum - 20 Years Maximum

Facility Recommended: FCI Jesup
Defendant Remanded To The USM: No
Voluntary Surrender: Yes
To USM [X]  To Facility [ ]
Appeal Waiver [X]
Sentencing Memo/Motions Reviewed [X]
Motions Granted [X]  Restitution 83,135.92

- [ ] Witnesses Testify
- [X] Statements Of Counsel
- [X] Statements By Defendant
- [X] Sentence Pronounced

U.S. Deputy Marshal: Marty
Court Security Officer: Greene

Time 10:10 to 10:30 Total 20 Mins